C/M - Probation
— USMS

Received in Chambers of:
U.S. District Judge
DORA L. IRIZARRY
APR 16 2008

# UNITED STATES GOVERNMENT MEMORANDUM

DATE: April 14, 2008

REPLY TO: MARK GJELAJ
SUPERVISING U.S. PROBATION OFFICER
347-534-3743

SUBJECT: U.S. V. JOEL SOTO (07-CR-800)

TO: THE HONORABLE DORA L. IRIZARRY
U.S. DISTRICT JUDGE

---

The purpose of this memorandum is to advise Your Honor of a recent development in this case.

The defendant plead guilty on January 7, 2008, before Your Honor to conspiring to distribute heroin. The case was referred to the Probation Department, and was assigned to U.S. Probation Officer Amrita Ashok, who prepared a presentence report which was disclosed on March 3, 2008. As Your Honor is aware, following the disclosure of the report, the defendant absconded, and is currently a fugitive from justice.

Last week, Officer Ashok received an envelope mailed by defendant. Enclosed in the envelope was a *Wonder Woman* comic book, and a letter addressed to Officer Ashok. I have enclosed a copy of the letter for Your Honor's perusal. We will retain the original letter, the envelope, and the comic book in our file pending Your Honor's order to release them to the United States Attorney's Office.

Instructions for the Probation Department: *Probation is directed to release the original documents to the U.S. Marshal Service, to the attention of Ralph Rosado. So Ordered*

*Brooklyn, NY*

S/DLI

The Honorable Dora L. Irizarry
United States District Judge

4/16/08
Date

cc: Paul A. Tuchman, Esq.
Assistant U.S. Attorney

Richard C. Southard, Esq.
115 Broadway, Suite 1703
New York, New York 10006

Joel Soto

4 Twins Court

Norwich CT, 06360

March 21 2008

Hey Mrs. Amrita, thank you for taking the time interviewing me, I'm so sorry it was a waste of your valuable time, but I don't think I'm ready for this.

As you know I'm only 22 years old, and i can't go to jail for 10 years, it ill be a waste of some ones life, and I think I deserve a second chance.

Thank you again for your time, there should be more Probation Officer like yourself, with that sense of humor. YOU ARE GREAT. jejejeje.

Good luck to you and your family, god bless you and your daugther.